**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

[redacted] 06 155T

UNITED STATES OF AMERICA :
FOR THE USE AND BENEFIT OF :
NARRAGANSETT IMPROVEMENT COMPANY :
:
vs. : C.A. NO:
:
THE WHITING-TURNER CONTRACTING COMPANY :
ST. PAUL FIRE AND MARINE INSURANCE :
COMPANY and TRAVELERS CASUALTY AND :
SURETY COMPANY OF AMERICA :

## JURISDICTION

Jurisdiction is conferred on this court pursuant to 40 U.S.C. § 3133 and venue is appropriate in this jurisdiction.

## COMPLAINT

## PREAMBLE

1. Plaintiff, Narragansett Improvement Company ("Narragansett") is a Rhode Island corporation with its principal place of business in Providence, Rhode Island and primarily engaged in the construction industry.

2. Defendant, The Whiting-Turner Contracting Company ("Whiting-Turner") is a Maryland corporation with its principal place of business in Baltimore, Maryland, qualified to do business in the State of Rhode Island.

3. Upon information and belief, defendant, St. Paul Fire and Marine Insurance Company ("St. Paul") is a bonding and surety company licensed to do business in the State of Rhode Island.

4. Upon information and belief, defendant, Travelers Casualty and Surety Company of America ("Travelers") is a bonding and surety company licensed to do business in the State of Rhode Island.

## FIRE, POLICE AND SECURITY CONTRACT

5. On or about April 12, 2004, Narragansett and Whiting-Turner entered into a contract on a project known as Consolidated Fire, Police and Security, North Gate and Gate 2 at the Naval Station, Newport, Rhode Island.

6. Narragansett provided its work, labor and services in a satisfactory and workmanlike manner.

7. At all times, Narragansett complied with the terms and conditions of its agreement with Whiting-Turner.

**(ST. PAUL/TRAVELERS PAYMENT BOND)**

8. St. Paul and Travelers issued a Labor and Material Payment Bond in relation to the Fire, Police and Security project, copy of said bond is attached hereto as EXHIBIT A.

9. Pursuant to 40 U.S.C. § 3133 the bond inures to the benefit of all those, including the plaintiff, Narragansett, who have provided work, labor or services to Whiting-Turner for which payment has not been made.

**CHILD CARE CONTRACT**

10. On or about April 8, 2004, Narragansett and Whiting-Turner entered into a contract on a project known as Child Development Center at the Naval Station, Newport, Rhode Island.

11. Narragansett provided its work, labor and services in a satisfactory and workmanlike manner.

12. At all times, Narragansett complied with the terms and conditions of its agreement with Whiting-Turner.

**(ST. PAUL/TRAVELERS PAYMENT BOND)**

13. St. Paul and Travelers issued a Labor and Material Payment Bond in relation to the Child Development Center project, copy of said bond is attached hereto as EXHIBIT B.

14. Pursuant to 40 U.S.C. § 3133 the bond inures to the benefit of all those, including the plaintiff, Narragansett, who have provided work, labor or services to Whiting-Turner for which payment has not been made.

**<u>COUNT I</u>**
**(Breach of Contract**
**Whiting-Turner/Fire, Police and Security Project)**

15. Plaintiff incorporates paragraphs 1-14 into Count I as if set forth in full herein.

16. Whiting-Turner breached its contract with Narragansett in that Whiting-Turner owes Narragansett the sum of $428,540.28.

WHEREFORE, Narragansett Improvement Company demands judgment against The Whiting-Turner Contracting Company in the amount of $428,540.28, plus interest and costs.

**COUNT II**
**(Action Against St.Paul/Travelers/Fire, Police and Security Project)**

17. Plaintiff incorporates paragraphs 1-16 into Count II as if set forth in full herein.

18. Pursuant to 40 U.S.C. § 3133 and the terms of the payment bond as noted in EXHIBIT A, Narragansett demands judgment against St. Paul and Travelers in the sum of $428,540.28.

WHEREFORE, Narragansett Improvement Company demands judgment against St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company of America in the amount of $428,540.28, plus interest and costs.

**COUNT III**
**(Breach of Contract**
**Whiting-Turner/Child Development Center Project)**

19. Plaintiff incorporates paragraphs 1-18 into Count III as if set forth in full herein.

20. Whiting-Turner breached its contract with Narragansett in that Whiting-Turner owes Narragansett the sum of $122,551.13.

WHEREFORE, Narragansett Improvement Company demands judgment against The Whiting-Turner Contracting Company in the amount of $122,551.13, plus interest and costs.

**COUNT IV**
**(Action Against St.Paul/Travelers/Child Development Center Project)**

21. Plaintiff incorporates paragraphs 1-20 into Count IV as if set forth in full herein.

22. Pursuant to 40 U.S.C. § 3133 and the terms of the payment bond as noted in EXHIBIT B, Narragansett demands judgment against St. Paul and Travelers in the sum of $122,551.13.

WHEREFORE, Narragansett Improvement Company demands judgment against St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company of America in the amount of $122,551.13, plus interest and costs.

Narragansett Improvement Company
By its Attorneys,

Girard R. Visconti #0566
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302 facsimile

DATED: April 3, 2006