# United States District Court

DISTRICT OF
RHODE ISLAND

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF NARRAGANSETT IMPROVEMENT COMPANY

V.

THE WHITING-TURNER CONTRACTING COMPANY ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-155T

TO: (Name and address of defendant)

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
c/o INSURANCE COMMISSION
233 Richmond Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Girard R. Visconti, Esq.
LAW OFFICES
VISCONTI & BOREN LTD.
PROVIDENCE SQUARE BUILDING
55 DORRANCE STREET
PROVIDENCE, RI 02903-2219

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

4/6/06
DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/12/06 |
| NAME OF SERVER *(PRINT)* KENNETH KNORIGIAN | TITLE FEDERAL COURT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ✓ Donna Arakian RI Insurance Commissioner St Paul Fire + Marine Ins Co

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/12/06
*Date*

[signature]
*Signature of Server*

1845 Atwood Ave
*Address of Server*
Johnston RI
02919

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 APR 17 A 11:19
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.