UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT, IMPROVEMENT COMPANY, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-155T |
| THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Defendants | : | |

**DEFENDANTS' ANSWER TO COMPLAINT**

Defendants St. Paul Fire & Marine Insurance Co. ("St. Paul"), Travelers Casualty and Surety Company of America ("Travelers"), and The Whiting-Turner Contracting Company ("Whiting-Turner") (collectively, "Defendants") hereby answer the Complaint filed by the United States of America, for the use and benefit of Narragansett Improvement Company ("NIC"), as follows:

1. Admitted that NIC has a principal place of business in Providence, Rhode Island. Defendants are without information sufficient to form an opinion as to the truth or falsity of the remaining allegations.

2. Admitted.

3. Subsequent to the issuance of the bonds referenced in the Complaint, St. Paul and Travelers merged into a single corporation entitled "St. Paul Travelers," which is licensed to do business in the State of Rhode Island. Prior to the merger with Travelers, St. Paul was a bonding and surety company licensed to do business in the State of Rhode Island.

4. Subsequent to the issuance of the bonds referenced in the Complaint, St. Paul and

Travelers merged into a single corporation entitled "St. Paul Travelers," which is licensed to do business in the State of Rhode Island. Prior to the merger with St. Paul, Travelers was a bonding and surety company licensed to do business in the State of Rhode Island.

5. Admitted that NIC and Whiting-Turner entered into a trade contract dated April 12, 2004 on a project entitled "Design/Build Consolidated Fire, Police, and Security, North Gate and Gate No. 2" (the "Combo Fire Project"), located at the Newport Naval Base, in Newport, Rhode Island; otherwise denied.

6. Denied.

7. Denied.

8. St. Paul and Travelers issued a Payment Bond on the Combo Fire Project as co-sureties. Defendants are unable to respond to the allegation that a copy of that bond is attached as Exhibit A because the attached Exhibit A is illegible.

9. This averment states a conclusion of law to which no response is required; otherwise denied.

10. Admitted that NIC and Whiting-Turner entered into a trade contract dated April 8, 2004 on a project entitled "Design/Build Child Development Center" (the "CDC Project"), located at the Newport Naval Base, in Newport, Rhode Island; otherwise denied.

11. Denied.

12. Denied.

13. St. Paul and Travelers issued a Payment Bond on the CDC Project as co-sureties. Defendants are unable to respond to the allegation that a copy of that bond is attached as Exhibit B because the attached Exhibit B is illegible.

14. This averment states a conclusion of law to which no response is required; otherwise

denied.

**COUNT I**

15. Defendant repeats and reavers its responses to each and every allegation contained above, as if set forth in full herein.

16. Denied.

**COUNT II**

17. Defendant repeats and reavers its responses to each and every allegation contained above, as if set forth in full herein.

18. This averment states a conclusion of law to which no response is required; otherwise denied.

**COUNT III**

19. Defendant repeats and reavers its responses to each and every allegation contained above, as if set forth in full herein.

20. Denied.

**COUNT IV**

21. Defendant repeats and reavers its responses to each and every allegation contained above, as if set forth in full herein.

22. This averment states a conclusion of law to which no response is required; otherwise denied.

FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff breached its contracts with Whiting-Turner pertaining to the two projects.

SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the defenses of offset and recoupment.

THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the defense of accord and satisfaction.

WHEREFORE, Defendants hereby requests that this Court dismiss Plaintiff's Complaint with prejudice, and that Defendants be awarded their attorney's fees, interest and all costs incurred in defending this action or any further relief that this Court deems just and equitable.

**COUNTERCLAIM**

Counterclaim Plaintiffs, The Whiting-Turner Contracting Company ("Whiting-Turner"), St. Paul Fire & Marine Insurance Co. ("St. Paul"), and Travelers Casualty and Surety Company of America ("Travelers") state the following counterclaim pursuant to Fed. R. Civ. P. 18, against Counterclaim Defendant Narragansett Improvement Company ("NIC").

**Parties**

1. Counterclaim Plaintiff Whiting-Turner is a Maryland corporation with a principal place of business in Baltimore, Maryland, qualified to do business in the State of Rhode Island.

2. Counterclaim Plaintiff St. Paul is a surety with a principal place of business in Baltimore, Maryland, qualified to do business in the State of Rhode Island.

3. Counterclaim Plaintiff Travelers is a surety with a principal place of business in Hartford, Connecticut, qualified to do business in the State of Rhode Island.

4. Subsequent to the execution of the contracts described herein and the issuance of bonds for the projects described herein, St. Paul and Travelers merged into one entity named St. Paul Travelers, a non-party to this action.

5. Counterclaim Defendant NIC is a Rhode Island corporation with a principal place of business in Providence, Rhode Island.

**Jurisdiction and Venue**

6. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and (c).

**Facts**

8. St. Paul and Travelers, as co-sureties, issued to Whiting-Turner, as principal, performance bonds and payment bonds for the United States Navy's ("Navy") "Design / Build Consolidated Fire, Police, and Security Building, North Gate and Gate No. 2" project (the "Combo Fire Project") and the Navy's "Design / Build Child Development Center" project (the "CDC Project").

9. Whiting-Turner acted as the Construction Manager on both the Combo Fire Project and the CDC Project.

The Combo Fire Project

10. On April 12, 2004, Whiting-Turner entered into a contract with NIC, in which NIC agreed to provide certain demolition, sitework, and landscaping services as a subcontractor to Whiting-Turner on the Combo Fire Project (the "Combo Fire Trade Contract").

11. On November 17, 2005, Whiting-Turner and NIC executed Supplement 02A-006 to the Combo Fire Trade Contract ("Supplement 02A-006"). Supplement 02A-006 is incorporated herein and attached hereto as **Exhibit A.**

12. Supplement 02A-006 amended the Combo Fire Trade Contract, by agreement between the parties and by the consent of NIC's surety.

13. Supplement 02A-006 set a deadline of December 9, 2005 for the substantial completion of all of NIC's tasks on the Combo Fire Project under the Combo Fire Trade Contract.

14. Whiting-Turner granted two extensions of the December 9, 2005 deadline, which continued the deadline for substantial completion of the Combo Fire Project to May 1, 2006.

15. NIC failed to substantially complete its obligations under the Combo Fire Trade Contract by May 1, 2006, and otherwise performed defective work on the Combo Fire Project.

16. NIC's failure to meet the May 1, 2006 deadline resulted in the incurrence of significant delays to the Combo Fire Project and material additional costs to Whiting-Turner.

17. NIC's failure to substantially complete its obligations under the Combo Fire Trade Contract has significantly delayed the achievement of substantial completion on the Combo Fire Project.

18. As of the date of this Counterclaim, substantial completion still has not been achieved on the Combo Fire Project.

19. NIC's failure to timely perform under the Combo Fire Trade Contract has triggered a dispute between Whiting-Turner and the Navy.

20. Due to the significant delay in the achievement of substantial completion on the Combo Fire Project, the Navy has withheld ten percent of the payments due to Whiting-Turner for its work on that project.

21. Whiting-Turner has incurred additional testing costs in excess of $13,740 for NIC's work because of NIC's substandard performance under the Combo Fire Trade Contract.

The CDC Project

22. On April 8, 2004, Whiting-Turner entered into a contract with NIC, in which NIC agreed to provide certain demolition, sitework, and landscaping services as subcontractor to Whiting-Turner on the CDC Project (the "CDC Trade Contract").

23. NIC failed to perform its obligations under the CDC Trade Contract, and otherwise performed defective work on the CDC Project.

**Count I – Breach of Contract**
**(Combo Fire Project)**

24. Counterclaim Plaintiffs restate and reaver each and every allegation contained above, as if fully stated herein.

25. NIC failed to complete work, properly perform work, and perform work in a timely manner, in breach of Supplement 02A-006.

26. Whiting-Turner is entitled to recover any and all damages arising from NIC's breach of Supplement 02A-006, including those damages specified therein.

27. As co-sureties to Whiting-Turner on the Combo Fire Project, St. Paul and Travelers have been damaged by NIC's breach of Supplement 02A-006, in that St. Paul and Travelers may face liability on its bonds, or may otherwise have to make payment from them, due to NIC's breach.

WHEREFORE, Counterclaim Plaintiffs seek judgment against NIC in the full amount of their damages, together with their costs and attorney's fees and all other relief this Court deems just and proper under the circumstances.

**Count II – Breach of Contract**

**(Combo Fire Project)**

28. Counterclaim Plaintiffs restate and reaver each and every allegation contained above, as if fully stated herein.

29. NIC failed to complete work, properly perform work, and perform work in a timely manner, in breach of the Combo Fire Trade Contract, as supplemented and amended.

30. Whiting-Turner has incurred damages as a result of NIC's breaches of the Combo Fire Trade Contract.

31. As co-sureties to Whiting-Turner on the Combo Fire Project, St. Paul and Travelers have been damaged by NIC's breach of the Combo Fire Trade Contract, in that St. Paul and Travelers may face liability on its bonds due to NIC's breach.

WHEREFORE, Counterclaim Plaintiffs seek judgment against NIC in the full amount of their damages, together with their costs and attorney's fees and all other relief this Court deems just and proper under the circumstances.

**Count III – Indemnification**
**(CDC Project and Combo Fire Project)**

32. Counterclaim Plaintiffs restate and reaver each and every allegation contained above, as if fully stated herein.

33. Pursuant to the CDC Trade Contract and the Combo Fire Trade Contract, NIC agreed to save and keep Whiting-Turner free from all claims and damages arising out of its work on both projects, and to defend Whiting-Turner against any claims.

34. An active dispute exists between Whiting-Turner and the Navy regarding the CDC Project or the Combo Fire Project.

35. In addition to the Navy's withholding of ten percent of payment due to Whiting-Whiting-Turner on the Combo Fire Project, Whiting-Turner may soon face significant liability

from claims asserted by the Navy or other entities, directly resulting from NIC's breaches of the CDC Trade Contract and the Combo Fire Trade Contract.

36. St. Paul and Travelers, as Whiting-Turner's co-sureties on the CDC Project and the Combo Fire Project, may soon face significant liability on their bonds from claims asserted by the Navy or other entities, directly resulting from NIC's breaches of the CDC Trade Contract and the Combo Fire Trade Contract.

WHEREFORE, Counterclaim Plaintiffs seek judgment against NIC in the full amount of its damages, together with their costs and attorney's fees and all other relief this Court deems just and proper under the circumstances.

THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INS. CO., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

By Their Attorney,

6/30/06

Christopher C. Whitney (#3261)
Little Medeiros Kinder Bulman
& Whitney, P.C.
72 Pine Street
Providence, RI 02903
Ph: (401) 272-8080
Fax: (401) 521-3555

Dated: June 30, 2006

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 30th day of June, 2006, I caused to be mailed, by First Class mail, postage prepaid, a copy of the within fully executed Answer to Girard R. Visconti, 55 Dorrance Street, Providence, RI, 02903.

Michael D. Williams

CONTRACT SUPPLEMENT

The Whiting-Turner Contracting Company
100 Franklin Square Drive, Suite 108
Somerset, NJ 08873

PROJECT: Consolidated Fire, Police & Security, North Gate & Gate 2
LOCATION: Naval Station Newport; Newport, RI

TO: Narragansett Improvement Company
223 Allens Avenue
Providence, RI 02903

ATTENTION: Kevin Dorsey - Superintendent

DATE: November 17, 2005
CONTACT SUPPLEMENT #: 02A-006

CONTRACT NO.: 10010-001-02A
CONTRACT DATE: April 12, 2004
WT PROJECT MANAGER: Matthew D. Belcher

YOUR CONTRACT IS HEREBY AMENDED TO INCLUDE THE EXTRA WORK ORDERS AND/OR CHANGE REQUESTS LISTED BELOW.
This Supplement constitutes full and equitable adjustment and compensation attributable to the facts or circumstances giving rise to the changed work described in the Extra Work Orders and/or Change Requests listed, including, but not limited to any changes, differing site conditions, suspensions, delays, rescheduling, acceleration, impact or other causes resulting therefrom.

| ITEM: | Description of Change in Scope: | AMOUNT | FUNDED BY: |
|---|---|---|---|
| | Installation of Electrical hand Hole covers at Gate 2 Backcharge to Energy Electric | $1,200.00 | Backcharge to 16B |
| | Installation or new rock construction entrance at CFPS site. Per agreement with WT PE | $900.00 | Contingency |
| | Work Order 180 - T&M use of excavator to add sand to steam trench | $1,388.00 | Contingency |
| | Repair Manhole cover damaged by Roofers Backcharge to Barrett Roofing. | $139.00 | Backcharge to 7A |
| | Work Order 181 - Demuck and install crushed stone around North Gate Overhead sign Footings. | $1,758.00 | Contingency |
| | Work Order 190 - Demuck and install crushed stone for steam trench and thrust blocks | $4,983.00 | Contingency |
| | Sawcut and install sonotube for undervehicle lights Time and Material work | $10,681.00 | Contingency |
| | Increased size of diversion manholes on the CFPS site manholes changed from 4' diameter to 8' diameter | $2,000.00 | Contingency |
| | Excavation for the installation of gas line from connection point to the CFPS building | $1,800.00 | Contingency |
| | Move piles at the CFPS site to access top soil and landscaping throughout site | $1,000.00 | Contingency |
| | Raise High Voltage electrical manhole on the CFPS | $800.00 | Contingency |
| | Additional stone, geofabric, structural fill necessary to replace unsuitable material under the CFPS North truck apron | $8,400.00 | Contingency |
| | Excalation of the Vortechs storm-water treatment chamber for delivery on 11/22/05. | $500.00 | Contingency |
| | All work necessary to regrade and install gravel along the North Gate sanitary and electrcial installation to facilitate proper paving | $6,500.00 | Contingency |
| | Preminum time and upcharges to use a subcontractor | $15,000.00 | Contingency |

| | | |
|---|---|---|
| to expedite the North Gate for[illegible] [illegible]in sewer line per agreement with WT PM. | | |
| Sawcut barrier concrete for striaght line to match paving at Gate 2. Backcharge to Intertex | $750.00 | Backcharge to 13A |
| Excavation for HVE shoring T&M. | $727.00 | Contingency |
| Work Order 153 - Demuck electrical ductbank for concrete pour - Backcharge to Energy Electric | $1,961.00 | Backcharge to 16B |
| Labor to pick and set Barriers for Intertex. Backcharge to Intertex Barriers | $578.00 | Backcharge to 13A |
| Work Order 154 - Move hazardous materials into 55 gallon drums as required T&M | $149.00 | Contingency |
| Premium time to Accelerate the CFPS site up to 11/12/05. All premium time past 11/12/05 will be summarized in future contract supplements | $2,854.00 | Contingency |
| Rubbing and finishing of concrete windscreen walls at North Gate and Gate 2 by Res/Com | $9,200.00 | Contingency |

Whiting-Turner agrees to pay overtime for all Narragansett Improvement employees not to exceed $7,500.00 on the CFPS Project to accelerate the site work to a substantial completion date of 12/9/05. All overtime will be paid by Whiting-Turner if this completion date is reached. If substantial completion is not reached by 12/9/05, Whiting-Turner will not pay overtime to accelerate the sitework package, all overtime expended will be the financial responsibility of Narragansett Improvement.

If substantial completion of Narragansett Improvement's work is not achieved at any of the three project sites by 12/9/05 Narragansett Improvement will be backcharged $4,000.00 per day for Whiting-Turner costs and pay a fine for each site not complete by 12/9/05. The fines for each site are as follows: Consolidated Fire, Police and Security=$2,850.00 North Gate=$2,980.00 & Gate 2 = $1,500.00.

Items mutually agreed upon between Whiting-Turner and Narragansett Improvement which prevent substantial completion on or before 12/9/05 will not be relfected in backcharges and fines stated above. Each items will be excluded from Substantial by a letter signed by both Whiting-Turner and Narragansett Improvement prior to 12/9/05.

This contract supplement or previous contract supplements includes all work performed under this contract. All work orders site tickets, or agreements made which are not included in this or previous contract supplements are hereby void (except all work performed under work order 125 which will be supplemented separately). Additionally all delays, schedule impacts, completion dates and accelerations are void, Whiting-Turner and Narragansett Improvement agree to the above referenced completion dates and penalties. No compensation will be paid to Narragansett Improvement for work or impacts not included in contract supplements #1-#6. All open time and materials agreements are closed with the exception of work order 125-work on the south side of Building 1, ongoing repair to windscreen foundations at the Gates projects and premium time to accelerate the Consolidated Fire, Police and Security Building as stated above. All schedule impacts under this subcontract will be evaluated from 11/14/05 forward with completion dates as listed above.

*Supplement Breakdown*

| | |
|---|---|
| Labor | $43,960.80 |
| Material | $29,307.20 |
| Sales Tax | $0.00 |

TAL THIS SUPPLEMENT: $73,268.00

| ORIGINAL CONTRACT AMOUNT | PREVIOUS SUPPLEMENTS | AMOUNT THIS SUPPLEMENT | REVISED CONTRACT AMOUNT* |
|---|---|---|---|
| $1,275,428.44 | $556,493.56 | $73,268.00 | $1,905,190.00 |

| | | | |
|---|---|---|---|
| COMPANY | Narragansett Improvement Company | THE WHITING-TURNER CONTRACTING COMPANY | |
| APPROVED | Kevin Dorsey Superintendent | APPROVED | Richard Warhall, Vice President |
| | Kevin Dorsey, Superintendent<br>*Type name and title* | | |
| DATE | 11/20/05 | DATE | 12/1/05 |

*Consent of Surety - If original Contract Amount is increased by more than 10% resulting from this and previous Contract Supplements, or original scope of the Work has been substantially changed, Consent of Surety Company is required below.*

Liberty Mutual Insurance Company — Surety Company
Attorney-In-Fact
11-22-05 — Date

OMPANY Narragansett Improvement Company

PPROVED Kevin Dorsey Superintendent

Kevin Dorsey, Superintendent
*Type name and title*

ATE 11/20/05

THE WHITING-TURNER CONTRACTING COMPANY

APPROVED

*Richard Werhall, Vice President*

DATE 12/1/05

*Consent of Surety - If original Contract Amount is increased by more than 10% resulting from this and previous Contract Supplements, or original scope of the Work has been substantially changed, Consent of Surety Company is required below.*

berty Mutual Insurance Company
Surety Company

Attorney-In-Fact

11-22-05
Date

Liberty Mutual Surety Bond Number 022-012-330

## NOTICE FROM SURETY REQUIRED BY TERRORISM RISK INSURANCE ACT OF 2002

In accordance with the Terrorism Risk Insurance Act of 2002 (referred to hereinafter as the "Act"), this disclosure notice is provided for surety bonds on which one or more of the following companies is the issuing surety: Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; LM Insurance Corporation; The First Liberty Insurance Corporation; Liberty Insurance Corporation; Employers Insurance Company of Wausau (formerly "EMPLOYERS INSURANCE OF WAUSAU A Mutual Company"); Peerless Insurance Company; and any other company that is a part of or added to the Liberty Mutual Group for which surety business is underwritten by Liberty Mutual Surety (referred to collectively hereinafter as the "Issuing Sureties").

### NOTICE FORMS PART OF BOND

This notice forms part of surety bonds issued by any one or more of the Issuing Sureties.

### DISCLOSURE OF PREMIUM

The premium attributable to any bond coverage for "acts of terrorism" as defined in Section 102(1) of the Act is Zero Dollars ($0.00).

### DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States will reimburse the Issuing Sureties for ninety percent (90%) of any covered losses from terrorist acts certified under the Act exceeding the applicable surety deductible.

1648694

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**

**This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.**

**LIBERTY MUTUAL INSURANCE COMPANY**
**BOSTON, MASSACHUSETTS**
**POWER OF ATTORNEY**

**KNOW ALL PERSONS BY THESE PRESENTS:** That Liberty Mutual Insurance Company (the "Company"), a Massachusetts stock insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint **DAVID J. BYRNE, III, KATHLEEN A. BYRNE, DENISE A. CHIANESE, DAVID J. BYRNE, ALL OF THE CITY OF EAST PROVIDENCE, STATE OF RHODE ISLAND**...............................................

each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding **TWENTY MILLION AND 00/100**********************  DOLLARS ($ 20,000,000.00***** ) each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

> ARTICLE XIII - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
> Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

> Pursuant to Article XIII, Section 5 of the By-Laws, Garnet W. Elliott, Assistant Secretary of Liberty Mutual Insurance Company, is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this 7th day of December, 2004

LIBERTY MUTUAL INSURANCE COMPANY

By [signature]
Garnet W. Elliott, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this 7th day of December, 2004, before me, a Notary Public, personally came Garnet W. Elliott, to me known, and acknowledged that he is an Assistant Secretary of Liberty Mutual Insurance Company; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Liberty Mutual Insurance Company thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires Mar. 28, 2006
Member, Pennsylvania Association of Notaries

TERESA PASTELLA COMMONWEALTH OF PENNSYLVANIA NOTARY PUBLIC

By [signature]
Teresa Pastella, Notary Public

**CERTIFICATE**

I, the undersigned, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the officer or official who executed the said power of attorney is an Assistant Secretary specially authorized by the chairman or the president to appoint attorneys-in-fact as provided in Article XIII, Section 5 of the By-laws of Liberty Mutual Insurance Company.

This certificate and the above power of attorney may be signed by facsimile or mechanically reproduced signatures under and by authority of the following vote of the board of directors of Liberty Mutual Insurance Company at a meeting duly called and held on the 12th day of March, 1980.

> VOTED that the facsimile or mechanically reproduced signature of any assistant secretary of the company, wherever appearing upon a certified copy of any power of attorney issued by the company in connection with surety bonds, shall be valid and binding upon the company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said company, this 22nd day of November, 2005

By [signature]
David M. Carey, Assistant Secretary

**To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.**

currency rate, interest rate or residual value guarantees.

# Narragansett Improvement Work Order Summary Sheet

Work Order # N/A

Date of Work 09/22/2005

Narragansett WO# 6993

Work Description Install and level hand hole covers at Gate 2. Backcharge to Energy Electric

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer/hr | 9 | $ 52.50 | $ 472.50 |
| | 318 Excavator/hr | 1 | $ 165.00 | $ 165.00 |
| Materials | Brick and Mortar | 1 | $ 100.00 | $ 100.00 |
| | Concrete | 1 | $ 500.00 | $ 500.00 |
| Subcontractors | N/A | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement Billable rate = $75.00/hr | 0.5 | $ 75.00 | $ (37.50) |

| Total T&M Work | $ 1,200.00 |
|---|---|

# Narragansett Improvement Co.

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

## JOB WORK ORDER

№ 6993

DATE OF ORDER 5/22/03
JOB NO.

BILL TO Lit
ADDRESS
CITY & STATE
CUSTOMER ORDER NO.
GIVEN BY
JOB NAME & LOCATION Gate 2-

CONTRACT ☐
RENTAL ☐
EXTRA WORK ☐
JOB PHONE
DIG SAFE #

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐
SPECIAL TERMS
EQUIPMENT REQUIRED
MATERIAL REQUIRED

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| | Roller Hrs. | 8 hrs | | |
| | Machine 312 | 1 hrs | | |
| | Hog ta. & Patch | | 100 — | |
| | Reset FMH Covers | | | |
| | in Road | | | |
| | Work Done For | | | |
| | EF by NICO | | | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

SIGNATURE

DATE COMPLETED

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

7

# Narragansett Improvement Work Order Summary Sheet

Work Order # 180

Date of Work 10/21/2005

Narragansett WO# Not Provided

Work Description Excavator on an T&M basis per Delta Mechanical's direction to add sand to steam trench.

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer/hr | 2 | $ 52.50 | $ 105.00 |
| | 318 Excavator/hr | 8 | $ 165.00 | $ 1,320.00 |
| Materials | N/A | | | |
| Subcontractors | N/A | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement Billable rate = $75.00/hr | 0.5 | $ 75.00 | $ (37.50) |

| Total T&M Work | $ 1,387.50 |
|---|---|

# Narragansett Improvement Work Order Summary Sheet

Work Order # N/A

Date of Work 09/21/2005

Narragansett WO# 6992

Work Description Repair manhole cover damaged by Barrett Roofing. Backcharge to Barrett Roofing

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer/hr | 3 | $ 52.50 | $ 157.50 |
| Materials | N/A | | | |
| Subcontractors | N/A | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement<br>Billable rate = $75.00/hr | 0.25 | $ 75.00 | $ (18.75) |

| Total T&M Work | $ 138.75 |
|---|---|

# Narragansett Improvement Co.

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

## JOB WORK ORDER

№ 6992

| | |
|---|---|
| BILL TO: WT | DATE OF ORDER: 7/21/05 |
| ADDRESS | JOB NO. |
| CITY & STATE | CONTRACT ☐ RENTAL ☐ EXTRA WORK ☐ |
| CUSTOMER ORDER NO. / GIVEN BY | JOB PHONE |
| JOB NAME & LOCATION: Gate 2 | DIG SAFE # |

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐ SPECIAL TERMS

| EQUIPMENT REQUIRED | | MATERIAL REQUIRED |
|---|---|---|
| | | |

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| | Rebuild Brake | | | |
| | Brick & Mortar | | | |
| | floor | 3 hrs | | |
| | | | | |
| | Charge to Barrett | | | |
| | Rebuild for [illegible] | | | |
| | [illegible] | | | |
| | [illegible] | | | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK

SIGNATURE

DATE COMPLETED

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

7

# Narragansett Improvement Work Order Summary Sheet

Work Order # 181

Date of Work N/A

Narragansett WO# 7016 & 7020

Work Description Demuck and install crushed stone around North Gate overhead sign footings.

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer | 4.5 | $ 52.50 | $ 236.25 |
| | Laboer Overtime | 3 | $ 67.50 | $ 202.50 |
| | Backhoe | 4.5 | $ 96.56 | $ 434.52 |
| Materials | Crushed Stone | 1 | $ 968.00 | $ 968.00 |
| | Trucking | 1 | $ 382.00 | $ 382.00 |
| Subcontractors | N/A | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement Billable rate = $75.00/hr | 0.25 | $ 75.00 | $ (18.75) |
| | Contract Backfill | | | |
| | Backhoe | 3 | $ 96.56 | $ (289.68) |
| | Laborer (inc. compaction) | 3 | $ 52.50 | $ (157.50) |

| Total T&M Work | $ 1,757.34 |
|---|---|

**Narragansett Improvement Co.**
223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

# JOB WORK ORDER

№ 7020

DATE OF ORDER 10/28/05
JOB NO.

BILL TO WT
ADDRESS
CITY & STATE

CONTRACT ☐
RENTAL ☐
EXTRA WORK ☒

JOB PHONE
CUSTOMER ORDER NO. GIVEN BY
DIG SAFE #
JOB NAME & LOCATION North Gate.

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐
CERTIFIED PAYROLL ☐ SPECIAL TERMS
EQUIPMENT REQUIRED MATERIAL REQUIRED

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT | |
|---|---|---|---|---|---|
| | Dig footings | | | | |
| | for Sign Piers | | | | |
| | Labor. | | | | |
| | overtime 3 hrs | 80- | | 240 | - |
| | w/ Pump. | | | | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

DATE COMPLETED

TOTAL 240 -

SIGNATURE [signature]

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

# Narragansett Improvement Co.

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 831-7420
FAX: (401) 351-6444

# JOB WORK ORDER

№ 7016

| | | |
|---|---|---|
| BILL TO | | DATE OF ORDER |
| | | JOB NO. |
| ADDRESS | | CONTRACT ☐ RENTAL ☐ EXTRA WORK ☐ |
| CITY & STATE | | |
| CUSTOMER ORDER NO. | GIVEN BY | JOB PHONE |
| JOB NAME & LOCATION | | DIG SAFE # |

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐ SPECIAL TERMS

| EQUIPMENT REQUIRED | | MATERIAL REQUIRED |
|---|---|---|
| | | |
| [illegible] | [illegible] | |
| | | |

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| | [illegible] | | | |
| | [illegible] | | | |
| | [illegible] | | | |
| | [illegible] | | | |
| | [illegible] | | | |
| | [illegible] | | | |
| | [illegible] | | | |
| | [illegible] 2 trucks | | | |
| | 1 vertical | | | |
| | Operator 7:00 – 11:30 | | | |
| | Laborer [illegible] | | | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

DATE COMPLETED

SIGNATURE

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

# Narragansett Improvement Work Order Summary Sheet

Work Order # 190

Date of Work N/A

Narragansett WO# 7037 & 7069

Work Description Demuck and install crushed stone in CFPS steam trench and thrust blocks

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer | 22 | $ 52.50 | $ 1,155.00 |
| | Backhoe | 22 | $ 96.56 | $ 2,124.32 |
| Materials | Stone | 1 | $ 1,936.00 | $ 1,936.00 |
| | Trucking | 1 | $ 680.00 | $ 680.00 |
| Subcontractors | N/A | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement Billable rate = $75.00/hr | 0.25 | $ 75.00 | $ (18.75) |
| | Contract Backfill | | | |
| | Backhoe | 6 | $ 96.56 | $ (579.36) |
| | Laborer (inc. compaction) | 6 | $ 52.50 | $ (315.00) |

| Total T&M Work | $ 4,982.21 |
|---|---|

**Narragansett Improvement Co.**
223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

# JOB WORK ORDER

№ 7069

DATE OF ORDER 10/26/05
JOB NO.

BILL TO WT
ADDRESS
CITY & STATE

CONTRACT ☐
RENTAL ☐
EXTRA WORK ☐

CUSTOMER ORDER NO.
GIVEN BY
JOB PHONE
DIG SAFE #

JOB NAME & LOCATION Police & Fire

No # 190

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐
SPECIAL TERMS

| EQUIPMENT REQUIRED | | MATERIAL REQUIRED |
|---|---|---|
| 315 | Jimmy DeLuca | |
| Laborer | Steven Pizzinho | |

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| | 9:30 -> 3:30 | | | |
| | Laborer | | | |
| | Exc. & [illegible] Stone | | | |
| | for [illegible] Block | | | |
| | @ Fire Station | | | |
| | 3 Loads of Stone | | | |
| | Confirm Time only | | | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

SIGNATURE Joe Schwang [signature] 10/26/05

DATE COMPLETED

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

**Narragansett Improvement Co.**
223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

# JOB WORK ORDER

№ 7037

DATE OF ORDER 10/22
JOB NO.
BILL TO WT
ADDRESS
CITY & STATE
CONTRACT ☐
RENTAL ☐
EXTRA WORK ☐
CUSTOMER ORDER NO. GIVEN BY
JOB PHONE
DIG SAFE #
JOB NAME & LOCATION
Police & Fire

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐ SPECIAL TERMS

EQUIPMENT REQUIRED MATERIAL REQUIRED

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| 10/22 | Demuth Streamline | | [redacted] | |
| | Exc. | 8 | | |
| | laborer | 8 | | |
| | 3 lds Stone | 68 | | |
| | ~~trucking~~ | 9 | | |
| 10/23 | | | | |
| | Exc | 3 | | |
| | laborer | 5 | 58 | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

DATE COMPLETED

TOTAL

SIGNATURE

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

T

**Narragansett Improvement Co.** **JOB WORK ORDER**

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

№ 6869

DATE OF ORDER 9-27-03

BILL TO Whiting Turner
JOB NO.
ADDRESS
CONTRACT ☐
RENTAL ☐
CITY & STATE
EXTRA WORK ☒
CUSTOMER ORDER NO.
GIVEN BY Kevin + Dan
JOB PHONE
JOB NAME & LOCATION Fire St Main Post Bank
DIG SAFE #

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐ SPECIAL TERMS

EQUIPMENT REQUIRED Cat 310 Backhoe
1 Foreman
MATERIAL REQUIRED w/operator

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| 9/27 | Excavator | 3 hrs | | |
| 9/27 | Foreman | 3 hrs | | |

Demuckey Steve Ferd

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

DATE COMPLETED

SIGNATURE

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

# Narragansett Improvement Work Order Summary Sheet

Work Order # N/A

Date of Work N/A

Narragansett WO# 6877 & 7002

Work Description Sawcut, excavate and install undervehicle lighting at North Gate and Gate 2

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer | 22 | $ 52.50 | $ 1,155.00 |
| | Backhoe | 8 | $ 96.56 | $ 772.48 |
| | Triaxle | 1 | $ 75.50 | $ 75.50 |
| Materials | Concrete | 1 | $ 2,403.00 | $ 2,403.00 |
| | Sonotubes | 14 | $ 25.00 | $ 350.00 |
| Subcontractors | North Gate Subcontractor (Per agreement with W-T Project Manager) | 1 | $ 6,000.00 | $ 6,000.00 |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement Billable rate = $75.00/hr | 1 | $ 75.00 | $ (75.00) |
| | Contract Backfill | | | |
| | Backhoe | | | |
| | Laborer (inc. compaction) | | | |

| Total T&M Work | $ 10,680.98 |
|---|---|

# Narragansett Improvement Co.

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

## JOB WORK ORDER

№ 7002

DATE OF ORDER 10/26/05

JOB NO.

BILL TO W.T.

ADDRESS

CITY & STATE

CONTRACT ☐
RENTAL ☐
EXTRA WORK ☒

CUSTOMER ORDER NO.

GIVEN BY

JOB PHONE

JOB NAME & LOCATION Gate

DIG SAFE #

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐

SPECIAL TERMS

EQUIPMENT REQUIRED

MATERIAL REQUIRED

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| | B/F. Fr Underground | | | |
| | "electric for lights" | | | |
| | 7:00 - 10:00 | | | |
| | Tom [illegible] | | | |
| | Ver [illegible] | | | |
| | Pat [illegible] jr | | | |
| | Truck. 8:00 - 9:00 | | | |
| | [illegible] | | | |
| | [illegible] | | | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

SIGNATURE [signature] WT

DATE COMPLETED

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

# Narragansett Improvement Work Order Summary Sheet

Work Order # N/A

Date of Work 09/25/2005

Narragansett WO# 6989

Work Description Labor and equipment to excavate for the shoring installation on CFPS HVE Ductbank

| | Item | Quantity | Unit Price | | Total | |
|---|---|---|---|---|---|---|
| Labor | Laborer | 5 | $ | 52.50 | $ | 262.50 |
| | Backhoe | 5 | $ | 96.56 | $ | 482.80 |
| Materials | | | | | | |
| Subcontractors | N/A | | | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement<br>Billable rate = $75.00/hr | 0.25 | $ | 75.00 | $ | (18.75) |

| Total T&M Work | $ 726.55 |
|---|---|

**Narragansett Improvement Co.** **JOB WORK ORDER**

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

No 6989

DATE OF ORDER 9/20/05
JOB NO. 03-46 1

BILL TO Whitney Turner
ADDRESS
CITY & STATE
CUSTOMER ORDER NO. GIVEN BY
JOB NAME & LOCATION Police & Fire

CONTRACT ☐
RENTAL ☐
EXTRA WORK ☒
JOB PHONE
DIG SAFE #

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐
CERTIFIED PAYROLL ☐ SPECIAL TERMS
EQUIPMENT REQUIRED MATERIAL REQUIRED

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| | Backhoe 8:30-2:45 | | | |
| | Laborer . 8:30-2:45 | | | |
| | Storm Shoving | | | |
| | Stopped work at 1pm | | | |
| | Verify time + material - | | | |

Stop shoring excavation

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

DATE COMPLETED

TOTAL

SIGNATURE

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

# Narragansett Improvement Work Order Summary Sheet

Work Order # 153

Date of Work 09/01/2005

Narragansett WO# 6858

Work Description Demuck North Gate electrical ductbank

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer | 18 | $ 52.50 | $ 945.00 |
| | Backhoe | 9 | $ 96.56 | $ 869.04 |
| | Excavator | 1 | $ 165.00 | $ 165.00 |
| Materials | | | | |
| Subcontractors | N/A | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement Billable rate = $75.00/hr | 0.25 | $ 75.00 | $ (18.75) |

| Total T&M Work | $ 1,960.29 |
|---|---|

**Narragansett Improvement Co.** **JOB WORK ORDER**

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

№ 6858

| | |
|---|---|
| BILL TO: Whiting Turner | DATE OF ORDER: 9-1-05 |
| ADDRESS | JOB NO. |
| CITY & STATE | CONTRACT ☐ RENTAL ☐ EXTRA WORK ☒ |
| CUSTOMER ORDER NO. / GIVEN BY: Dan | JOB PHONE |
| JOB NAME & LOCATION: No. Gate | DIG SAFE # |

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐ SPECIAL TERMS

| EQUIPMENT REQUIRED | | MATERIAL REQUIRED |
|---|---|---|
| | cat 436 | |
| | 2 Laborers | |

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| 8hrs | Clean Elect Duct | | | |
| | Banks of Silt after | | | |
| | Rain Storm | | | |
| | Backcharge Energy Electric | | | |
| | Verify time and material | | | |

WO
JB

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

SIGNATURE [signature] DATE COMPLETED

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

T

# Narragansett Improvement Co.

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

## JOB WORK ORDER

№ 6854

DATE OF ORDER 8-30-04

JOB NO.

BILL TO Whiting Turner

ADDRESS

CITY & STATE

CONTRACT ☐
RENTAL ☐
EXTRA WORK ☒

JOB PHONE

CUSTOMER ORDER NO.

GIVEN BY Kevin + Dan

DIG SAFE #

JOB NAME & LOCATION Fine ST

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐

SPECIAL TERMS

EQUIPMENT REQUIRED
1 Cat 330 Excavator w/operator
1 318 Backhoe w/operator
1 972 w/operator
2 Laborers

MATERIAL REQUIRED

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| 8/30 | Install Tarp over EDB and Fill w/Blend per United States Navy all Equip. + men For 1 hour | 1 | ADD | 15 |
| | Re protect electrical ductbank | | | |
| | Vacating & Material | | | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

[signature]

SIGNATURE

DATE COMPLETED

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

T

# Narragansett Improvement Work Order Summary Sheet

Work Order # N/A

Date of Work 09/02/2005

Narragansett WO# 6863

Work Description Labor and materials to set intertex barriers. Backcharge to Intertex

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer | 4 | $ 52.50 | $ 210.00 |
| | Backhoe | 4 | $ 96.56 | $ 386.24 |
| Materials | No Material Information Provided | 0 | $ - | $ - |
| Subcontractors | N/A | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement Billable rate = $75.00/hr | 0.25 | $ 75.00 | $ (18.75) |

| Total T&M Work | $ 577.49 |
|---|---|

# Narragansett Improvement Work Order Summary Sheet

Work Order # 154

Date of Work 09/02/2005

Narragansett WO# 6862

Work Description Labor and Materials to remove hazardous material into 55 gallon drums

| | Item | Quantity | Unit Price | | Total | |
|---|---|---|---|---|---|---|
| Labor | Laborer | 1 | $ | 52.50 | $ | 52.50 |
| | Backhoe | 1 | $ | 96.56 | $ | 96.56 |
| Materials | | | | | | |
| Subcontractors | N/A | | | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement Billable rate = $75.00/hr | 0 | $ | 75.00 | $ | - |

| Total T&M Work | $ 149.06 |
|---|---|

**Narragansett Improvement Co.** **JOB WORK ORDER**

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

№ 6862

| | |
|---|---|
| BILL TO Whiting Turner | DATE OF ORDER 9-2-05 |
| ADDRESS | JOB NO. |
| CITY & STATE | CONTRACT ☐ RENTAL ☐ EXTRA WORK ☑ |
| CUSTOMER ORDER NO. / GIVEN BY | JOB PHONE |
| JOB NAME & LOCATION No. Gate (Fire Position) | DIG SAFE # |

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐ SPECIAL TERMS

| EQUIPMENT REQUIRED | | MATERIAL REQUIRED |
|---|---|---|
| | 1 310 Backhoe w/ oper. | |
| | 1 Foreman | |

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT |
|---|---|---|---|---|
| 9-2 | 6am-7am Remove + Fill 3 55 gal Drums of Black Pearl From Firing Position | | | |

#154

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

DATE COMPLETED

SIGNATURE

TOTAL

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

7

# Narragansett Improvement Work Order Summary Sheet

Work Order # N/A

Date of Work Up to 11/12/05

Narragansett WO# 7023, 7024, Job Report

Work Description Premium time for work up to 11/12/05 as directed by Whiting-Turner.

| | Item | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Labor | Laborer/hr | 110 | $ 14.00 | $ 1,540.00 |
| | Operator/hr | 57 | $ 16.26 | $ 926.82 |
| | Triaxle/hr | 27.5 | $ 14.06 | $ 386.65 |
| Materials | N/A | | | |
| Subcontractors | N/A | | | |
| Backcharges | Billable rate for W-T Project Engineer to summarize T&M slips for supplement<br>Billable rate = $75.00/hr | 0 | $ 75.00 | $ - |

| Total T&M Work | $ 2,853.47 |
|---|---|

**Narragansett Improvement Co.** **JOB WORK ORDER**

223 ALLENS AVENUE
PROVIDENCE, RI 02903
TEL: (401) 331-7420
FAX: (401) 351-6444

№ 7023

DATE OF ORDER 10/22/05

BILL TO WT

JOB NO.

ADDRESS

CONTRACT ☐
RENTAL ☐
EXTRA WORK ☐

CITY & STATE

CUSTOMER ORDER NO. | GIVEN BY | JOB PHONE

JOB NAME & LOCATION Police & Fire

DIG SAFE #

TAX EXEMPT ☐ NICO PAYS TAX ☐ CUSTOMER PAYS TAX ☐

CERTIFIED PAYROLL ☐ SPECIAL TERMS

EQUIPMENT REQUIRED | MATERIAL REQUIRED

| DATE | DESCRIPTION OF WORK | NO. OF UNITS | UNIT COST | AMOUNT | |
|---|---|---|---|---|---|
| | Premium time - Sat. Work | | | | |
| | Superintendent | | | | |
| | Foreman Mark McConnell | 8 | 30 | 240 | – |
| | Laborer - Ive Perry | 8 | 30 | 240 | – |
| | John Anderson. | 8 | 30 | 240 | – |
| | Steve Pereyito | 8 | 30 | 240 | – |
| | Vern Carvalho | 5 | 30 | 150 | – |
| | Jame Delaney | 8 | 30 | 240 | – |
| | Pat Oconnor | 8 | 30 | 240 | – |
| | | | | | |
| | No Charge for Dewatering | | | | |

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK.

DATE COMPLETED

SIGNATURE

TOTAL 1590 –

FIELD COPY - WHITE OFFICE COPY - YELLOW CUSTOMER COPY - PINK

Narragansett Improvement Company

NICO Job Cost Report

Page 1
System Date: 11-15-05
System Time: 3:29 pm

Accounting Date Range From: 10-30-2005 To: 11-12-2005

Job Description
05-161 Police and Fire Station, Navy

| Date | Emp/Vendor/EQ/Material | Description | Reg Units | OT Units | Units | Unit Cost | Amount |
|---|---|---|---|---|---|---|---|
| **LABOR** | | | | | | | |
| **Laborers** | | | | | | | |
| 11-05-2005 | Jose Andrade | | | 1.00 | 1.00 | | 33.38 |
| 11-05-2005 | John Anderson | | | 13.00 | 13.00 | | 429.00 |
| 11-05-2005 | Mark R. McConnell | | | 13.50 | 13.50 | | 506.25 |
| 11-05-2005 | Joseph R. Miller | | | 12.00 | 12.00 | | 414.00 |
| 11-05-2005 | Steven L. Peixinho | | | 3.50 | 3.50 | | 115.50 |
| 11-05-2005 | Luis R. Perry | | | 1.00 | 1.00 | | 33.00 |
| 11-05-2005 | Jeffrey L. Stepanian | | | 1.00 | 1.00 | | 33.38 |
| 11-05-2005 | Steve Souza | | | 1.00 | 1.00 | | 33.0 |
| 11-05-2005 | Gabriel S. Viveiros | | | 1.00 | 1.00 | | 33.3 |
| 11-05-2005 | Nuno J. Carvalho | | | 11.00 | 11.00 | | 363.00 |
| | | Total Laborers | .00* | 58.00* | 58.00* | @ 14– | 1,992.89* |
| **Operators** | | | | | | | |
| 11-05-2005 | Brookes A. Leons | WL9933 | | 8.50 | 8.50 | | 188.83 |
| 11-05-2005 | Patrick D. O'Connor | EX9951 | | 8.50 | 8.50 | | 311.48 |
| 11-05-2005 | James R. Delaney | | | 13.00 | 13.00 | | 496.28 |
| | | Total Operators | .00* | 30.00* | 30.00* | @ 16.26 | 996.59* |
| **Truck Drivers** | | | | | | | |
| 11-05-2005 | Jeffrey A. Andrade | TK9811 | | 1.00 | 1.00 | | 33.02 |
| 11-05-2005 | Michael P. Vadenais | TK9809 | | 1.00 | 1.00 | | 33.02 |
| 11-05-2005 | Alberto R. DaCruz | TK9810 | | 1.00 | 1.00 | | 33.02 |
| 11-05-2005 | Russell W. Ferris | TK9807 | | .50 | .50 | | 16.51 |
| | | Total Truck Drivers | .00* | 3.50* | 3.50* | @ 14.06 | 115.57* |
| | | Total LABOR | .00* | 91.50* | 91.50* | | 3,106.05* |
| | | Job Total: | .00* | 91.50* | 91.50* | | 3,106.05* |

| | |
|---|---|
| LABOR | 3,106.05 |
| EQUIPMENT | |
| MATERIAL | |
| MISCELLANEOUS | |
| GRAND TOTAL | 3,106.05 |
| OVERHEAD (20%) | 621.21 |
| FRINGES | |
| TOTAL INCL. OH | 3,727.26 |
| BILLED TO DATE | |
| PROFIT (LOSS) | (3,727.26) |
| SALES TAX BILLED | |