UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT, IMPROVEMENT COMPANY, INC., | : | |
| v. | : | C.A. No. 06-155T |
| THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | : | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: please enter my appearance as counsel in this case for Defendants St. Paul Fire & Marine Insurance Company, Travelers Casualty and Surety Company of America, and The Whiting-Turner Contracting Company. I certify that I am admitted to practice in this Court.

/s/ Michael D. Williams
Michael D. Williams (#6702)
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Ph: (401) 272-8080
Fax: (401) 521-3555

Dated: May 11, 2007

## CERTIFICATION

I, Michael D. Williams, hereby certify that on the 11th day of May, 2007, I caused to be emailed a copy of this Notice to the attention of Gerard Visconti, Esq.

/s/ Michael D. Williams

f:\mdw\st. paul\whiting - turner\nic action\mdw notice of appearance.doc