UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT, IMPROVEMENT COMPANY, INC., | : | |
| v. | : | C.A. No. 06-155T |
| THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | : | |

**NOTICE OF WITHDRAWAL**

To the Clerk of this Court and all parties of record: please withdraw my appearance as counsel in this case for Defendants St. Paul Fire & Marine Insurance Company, Travelers Casualty and Surety Company of America, and The Whiting-Turner Contracting Company. The law firm of Little Medeiros Kinder Bulman & Whitney, P.C. will remain as counsel to all defendants, with Christopher C. Whitney and Michael D. Williams providing active representation. Both remaining attorneys are closely familiar with the case and are prepared to address any pending matters in this case, without delay.

/s/ Scott K. Pomeroy

Scott K. Pomeroy (#6044)
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Ph: (401) 272-8080
Fax: (401) 521-3555

Dated: May 15, 2007

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 15th day of May, 2007, I caused to be emailed a copy of this Notice to the attention of Gerard Visconti, Esq.

/s/ Michael D. Williams