UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT, IMPROVEMENT COMPANY, INC., | : | |
| v. | : | C.A. No. 06-155T |
| THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | : | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendants, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby respectfully request that this Honorable Court extend the Discovery Closure Date for this matter from the present date of July 15, 2007 until September 14, 2007. Defendants make this request because the United States Navy (the “Navy”) is presently deliberating as to whether it will assess damages on the construction project central to this action. The amount of damages assessed by the Navy, if any are assessed at all, will have a material impact upon the positions of the parties in this action and the manner in which this matter is resolved. With a degree of uncertainty surrounding the parties’ positions as of the date of this Joint Motion, the parties are unable to engage in full discovery activities with sufficient precision.

Counsel for Defendants has consulted with Plaintiff’s counsel prior to this Motion, and has been informed that Plaintiff assents to an extension of the Discovery Closure Date, and therefore will not file an Objection. Plaintiff does not agree, however, with Defendants’ description of the Navy’s deliberations or the potential for the assessment of damages.

Wherefore, Defendants respectfully request that this Honorable Court grant their Joint Motion, and extend the Discovery Closure date until September 14, 2007.

Respectfully submitted,

THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
By their attorneys,

/s/ Michael D. Williams
Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080
F: (401) 521-3555

Dated: June 29, 2007

## CERTIFICATION

I, Michael D. Williams, hereby certify that on the 29th day of June, 2007, I caused a copy of this to be mailed to the attention of Girard R. Visconti, Esq.

______________________