EXHIBIT
A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>NARRAGANSETT IMPROVEMENT COMPANY<br><br>vs.<br><br>THE WHITING-TURNER CONTRACTING COMPANY<br>ST. PAUL FIRE AND MARINE INSURANCE<br>COMPANY and TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA | : | C.A. NO: 06-155T |

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEFENDANT, THE WHITING-TURNER CONTRACTING COMPANY**

Pursuant to F.R.C.P. 34, it is requested that you produce for inspection and/or at the office of Visconti & Boren, Ltd., 55 Dorrance Street, Providence, Rhode Island 02903, the following items within thirty (30) days:

1. A copy of any and all correspondence with Whiting-Turner and the Navy in connection with the Fire, Police and Security Project (hereinafter the "Project").

2. A list of all subcontractors and suppliers retained by Whiting-Turner on the Project.

3. A copy of any and all correspondence, memos, e-mails with any subcontractors or suppliers relative to the Project.

4. A copy of any and all correspondence, memos, e-mails, etc. in relation to any complaints for delay of any subcontractors or suppliers relative to the Project.

5. A copy of all requests for information to the Navy and responses therefrom in regarding the Project.

6. A copy of any and all change orders in connection with the Project with the Navy.

7. A copy of all internal memos concerning the Project.

8. A copy of all meeting notices, memoranda, notes, etc. concerning the Project.

9. A copy of all correspondence of any writing of kind or description between and among Whiting-Turner, the project architect, engineers, consultants or any other person from an entity concerning or affecting the Project.

10. A copy of all applications for payment in relation to Narragansett Improvement, i.e. between Whiting-Turner and the Navy, having to do with the Project.

11. A copy of all work schedules, progress schedules, time logs, bar charts, projections, time-tables, revisions, amendments or updates and any other similar documents, including summaries thereof concerning the Project.

12. All documents schedules, logs or other similar items, including summaries in relation to scheduling or time-tables of the Project.

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
NARRAGANSETT IMPROVEMENT COMPANY
By its Attorneys,

Girard R. Visconti, Esq. #0566
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 Telephone
(401) 421-9302 Facsimile

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true copy of the within document on this 29th day of March, 2007, to the following attorney of record:

Christopher C. Whitney, Esq.
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903