EXHIBIT B

UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT, IMPROVEMENT COMPANY, INC.,

v.

THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

C.A. No. 06-155T

# DEFENDANT, THE WHITING-TURNER CONTRACTING COMPANY'S RESPONSE TO REOUEST FOR PRODUCTION OF DOCUMENTS

## GENERAL RESPONSES AND OBJECTIONS

The following objections are asserted in response to each and every request for the production of documents propounded by Plaintiff. Defendant The Whiting-Turner Contracting Company ("Whiting-Turner"), subject to these general responses and objections, will permit Plaintiff, by its attorneys, to inspect and, upon designation, receive copies, at expense, of those documents so designated at a mutually convenient time and place. Each objection will not be re-stated in each response, but instead will be incorporated by reference. A response does not constitute a waiver of any objection asserted.

1. Whiting-Turner objects to Plaintiff's requests for the production for documents insofar as they seek information that is beyond the scope of discovery, as permitted by Rule 26 of the Federal Rules of Civil Procedure, or by any other applicable discovery law or rules.

2. Whiting-Turner objects to Plaintiff's requests for the production of documents on the grounds of the attorney-client privilege and the work product doctrine. Whiting-Turner will not provide a response to any request to the extent that it seeks information subject to the attorney-client privilege or other applicable privilege or protection.

3. Whiting-Turner objects to Plaintiff's requests for the production of documents to the extent that they purport to impose obligations upon Whiting-Turner beyond those required by the Federal Rules of Civil Procedure.

4. In responding to Plaintiff's requests for the production of documents, Whiting-Turner in no way admits that any of the requests herein are relevant or calculated, in whole or in part, to lead to the discovery of admissible evidence, and objects to the extent the request seeks irrelevant information or is not reasonably calculated, in whole or in part, to lead to the discovery of admissible evidence.

5. Whiting-Turner reserves all objections to the relevancy or admissibility of any information provided or to be provided in response to this request.

6. Whiting-Turner reserves the right to supplement its responses to this request, if necessary, in accordance with applicable discovery rules as further information is made available during the discovery process.

7. Whiting-Turner reserves the right to raise additional objections to this request at a later date.

**REQUEST NO. 1:**

A copy of any and all correspondence with Whiting-Turner and the Navy in connection with the Fire, Police and Security Project (hereinafter the "Project").

**OBJECTION:**

The request is overly broad and unduly burdensome.

**RESPONSE NO. 1**

Subject to and without waiving any objection, Defendants will make available all non-privileged documents within their custody and control responsive to this request at the office of The Whiting-Turner Contracting Company ("Whiting-Turner"), located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel. Upon further answer, said documents were already identified in Defendants' Rule 26 Disclosures.

**REQUEST NO. 2:**

A list of all subcontractors and suppliers retained by Whiting-Turner on the Project.

**RESPONSE NO. 2:**

Please see **Exhibit A**, attached hereto.

**REQUEST NO. 3:**

A copy of any and all correspondence, memos, e-mails with any subcontractors or suppliers relative to the Project.

**OBJECTION:**

The request is overly broad and unduly burdensome.

**RESPONSE NO. 3**

Subject to and without waiving any objection, Defendants will make available non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 4:**

A copy of any and all correspondence, memos, e-mails, etc. in relation to any complaints for delay of any subcontractors or suppliers relative to the Project.

**OBJECTION:**

The request is overly broad and unduly burdensome.

**RESPONSE NO. 4**

Subject to and without waiving any objection, Defendants will make available non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 5:**

A copy of all requests for information to the Navy and responses therefrom in regarding the Project.

**OBJECTION:**

The request is overly broad and unduly burdensome.

**RESPONSE NO. 5**

Subject to and without waiving any objection, Defendants will make available non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 6:**

A copy of any and all change orders in connection with the Project with the Navy.

**OBJECTION:**

The request is overly broad and unduly burdensome.

**RESPONSE NO. 6**

Subject to and without waiving any objection, Defendants will make available non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 7:**

A copy of all internal memos concerning the Project.

**OBJECTION:**

The request is overly broad and unduly burdensome.

**RESPONSE NO. 7**

Subject to and without waiving any objection, Defendants will make available all non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 8:**

A copy of all meeting notices, memoranda, notes, etc. concerning the Project.

**OBJECTION:**

The request is overly broad and unduly burdensome.

**RESPONSE NO. 8**

Subject to and without waiving any objection, Defendants will make available non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 9:**

A copy of all correspondence of any writing of kind or description between and among Whiting-Turner, the project architect, engineers, consultants or any other person from an entity concerning or affecting the Project.

**OBJECTION**:

The request is overly broad and unduly burdensome.

**RESPONSE NO. 9**

Subject to and without waiving any objection, Defendants will make available non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 10:**

A copy of all applications for payment in relation to Narragansett Improvement, i.e. between Whiting-Turner and the Navy, having to do with the Project.

**OBJECTION**:

The request is overly broad and unduly burdensome.

**RESPONSE NO. 10**

Subject to and without waiving any objection, Defendants will make available non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 11:**

A copy of all work schedules, progress schedules, time logs, bar charts, projections, time-tables, revisions, amendments or updates and any other similar documents, including summaries thereof concerning the Project.

**OBJECTION**:

The request is overly broad and unduly burdensome.

**RESPONSE NO. 11**

Subject to and without waiving any objection, Defendants will make available non-privileged documents within their custody and control responsive to this request at the office of Whiting-Turner, located at 1140 Route 22, East, Suite 301, Bridgewater, New Jersey, upon two weeks written notice to Defendant's counsel.

**REQUEST NO. 12:**

All documents schedules, logs or other similar items, including summaries in relation to scheduling or time-tables of the Project.

**OBJECTION:**

The request is overly broad and unduly burdensome.

**RESPONSE NO. 12**

See Response No. 11.

THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INS. CO., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
By their attorneys,

Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

Dated: June 11, 2007

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 11th day of June, 2007, I caused a copy of this to be mailed to the attention of Gerard Visconti, Esq.

f:\mdw\st. paul\whiting - turner\nic action\deft's responses to req for prod of docs.doc