LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

EXHIBIT D

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy *
Andrew S. Ullucci *
Laura J. Bottaro *
Michael D. Williams *
R. Thomas Dunn †

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

† Admitted in California only

July 20, 2007

*Via USPS and Fax (401-421-9302)*
Girard R. Visconti, Esq.
Visconti and Boren, Ltd.
55 Dorrance St.
Providence, RI 02903

**Re: Narragansett Improvement Company, Inc. v. The Whiting-Turner Contracting Company, et al.**
**U.S. District Court, Rhode Island, C.A. No. 06-155T**

Dear Gerry,

This letter comes in response to your July 11, 2007 letter.

Narragansett Improvement Company, Inc.'s ("NICO") broad document requests have implicated nearly the entire "Consolidated Fire, Police, and Security Building, North Gate and Gate No. 2" (the "Combo Fire Project") file. Because of the breadth of NICO's requests and the large size of the project file, The Whiting-Turner Contracting Company ("Whiting-Turner") will be presenting the file as it has been maintained in the usual course of business. The Combo Fire Project file fills a ten-foot by fourteen-foot room in Whiting-Turner's Bridgewater, New Jersey office, and consists of approximately ten five-drawer file cabinets, eight banker boxes, and a significant amount of drawings, binders, and other documents that have yet to be archived. Considering NICO's requests and the project file's size, the most reasonable course of action would be for NICO's counsel to travel to Whiting-Turner's Bridgewater office and review the file there.

However, you demand in your July 11 letter that documents be produced in Providence "or at a place more reasonable" than Bridgewater, New Jersey. Nowhere in your letter do you confirm that NICO will be paying for the expense associated with the transportation of those documents. Please confirm NICO's agreement to this, in writing.

There are two alternatives to the project file being transported to Providence at NICO's expense, and those are: (1) NICO pays for the copying of the entire Combo Fire Project file, except for the limited selection of documents that

obviously do not fit into its requests, or (2) NICO narrows its broad requests, so as to identify specific documents, or at least more precise categories of documents.

On another topic, I have yet to receive a substantive written response to my June 18, 2007 letter.

Please feel free to contact me at any time about this matter. Thank you for your attention to this matter.

Very Truly Yours,

Michael D. Williams

cc: Christopher C. Whitney, Esq.

f:\mdw\st. paul\whiting - turner\nic action\072007 letter to atty visconti.doc

JUL 23 2007