UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT, IMPROVEMENT COMPANY, INC., | : | |
| v. | : | C.A. No. 06-155T |
| THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | : | |

**OBJECTION**

Defendants, by and through their undersigned counsel, hereby Object to Plaintiff's Motion to Compel dated August 3, 2007. The Document Requests that Plaintiff seeks to compel implicate the majority of the voluminous "Consolidated Fire, Police, and Security Building, North Gate and Gate No. 2" project (the "Combo Fire Project") file, presently located in the Bridgewater, New Jersey office of Defendant The Whiting-Turner Contracting Company ("Whiting-Turner"). Several grounds exist for the denial of NICO's Motion to Compel: (1) NICO's requests are overly broad and unduly burdensome on their face, (2) the transportation and / or copying of the voluminous documents requested by NICO would pose an extreme prejudice to Defendant Whiting-Turner, (3) the Combo Fire Project is still active and therefore Whiting-Turner's project file is also still in use, and (4) NICO failed to confer in good faith with Whiting-Turner about the filing of its Motion to Compel, as contemplated by Fed. R. Civ. P. 37(a).

Wherefore, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion to Compel, and in doing so grant Defendants all costs and attorney's fees reasonably incurred with the filing of this Objection.

Respectfully submitted,

THE WHITING-TURNER CONTRACTING
COMPANY, ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,
By their attorneys,

/s/ Michael D. Williams
Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080
F: (401) 521-3555

Dated: August 17, 2007

**CERTIFICATION**

I hereby certify that on the 17th day of August, 2007, I caused a copy of this to be sent to the attention of Girard R. Visconti, Esq.

/s/ Michael D. Williams

f:\mdw\st. paul\whiting - turner\nic action\objection to motion to compel.doc