# EXHIBIT A

UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT, IMPROVEMENT COMPANY, INC., | : | |
| v. | : | C.A. No. 06-155T |
| THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | : | |

**AFFIDAVIT OF CHRISTOPHER N. MARTINSON**

I, Christopher N. Martinson, being duly sworn, hereby depose and state as follows:

1. I am a Vice President with The Whiting-Turner Contracting Company ("Whiting-Turner"), headquartered in Baltimore, Maryland.

2. I am closely familiar with Whiting-Turner's involvement on the United States Navy's "Consolidated Fire, Police, and Security Building, North Gate and Gate No. 2" project, located in Newport, Rhode Island (the "Combo Fire Project").

3. Whiting-Turner is the Prime Contractor on the Combo Fire Project, retained by the owner of the project, the United States Navy.

4. St. Paul Fire & Marine Insurance Company and Travelers Casualty and Surety Company of America, as sureties, issued to Whiting-Turner, as principal, performance and payment bonds for the Combo Fire Project.

5. The Combo Fire Project cost is approximately $15 million dollars, encompassing several different buildings, roadways / parking lots, and landscaped areas, and employing dozens of subcontractors and subconsultants.

6. Whiting-Turner has engaged in written communications with the United States Navy and the Combo Fire Project's subcontractors thousands of times.

7. On the Combo Fire Project, one of Whiting-Turner's direct subcontractors is the Narragansett Improvement Company, Inc. ("NICO").

8. NICO's subcontract is for Demolition, Sitework, and Landscaping.

9. Whiting-Turner's work on the Combo Fire Project is not yet concluded, with the following tasks still incomplete: (1) warranty work, (2) Building 690 work (base contract and extra), (3) landscaping (maintenance), (4) Communications Room (extra), and (5) UPS installation (extra).

10. Likewise, NICO's work on the Combo Fire Project is not yet complete – the United States Navy has not yet accepted most of NICO's punchlist work, and NICO has a continuing contractual obligation to provide landscaping maintenance until November 3, 2007.

11. I am familiar with Whiting-Turner's Combo Fire Project file.

12. Although it is difficult to state the exact size of the Combo Fire Project file, it presently occupies an entire 10 foot by 14 foot room in Whiting-Turner's Bridgewater, New Jersey office. The file consists of approximately five four-drawer file cabinets, two five-drawer file cabinets, eight banker boxes, plus approximately a roomful of drawings, binders and other documents.

13. Because the Combo Fire Project is still active, the Combo Fire Project file itself is still in active use by Whiting-Turner on a daily basis.

14. I have reviewed NICO's document requests. These requests are very broad and implicate nearly the entire Combo Fire Project file.

15. If the Combo Fire Project file is removed from Whiting-Turner's possession for any

amount of time, Whiting-Turner's negotiations with the United States Navy to close out the Project will be severely hamstrung. Quite simply, Whiting-Turner cannot effectively negotiate the Project's close out without access to the Project file.

16. The initial conservative estimate provided by Ace Reprographic for the transport and the copying of the file cabinet material of the Combo Fire Project file that NICO has requested is $10,000 - $14,000 plus significant additional costs to reproduce the drawings. I am told that this conservative estimate may be on the "high side," and that the actual cost may be less.

Signed under the pains and penalties of perjury this 15th day of August, 2007.

Christopher Martinson