**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF NARRAGANSETT IMPROVEMENT COMPANY** | : | |
| **vs.** | : | **C.A. NO: 06-155T** |
| **THE WHITING-TURNER CONTRACTING COMPANY ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** | : | |

**MOTION TO WITHDRAW**

Now comes the plaintiff, United States of America for the use and benefit of Narragansett Improvement Company ("NIC"), and hereby seeks to withdraw its Motion to Compel in the above-captioned matter.

On or about August 3, 2007 NIC filed a Motion to Compel relative to its Requests for Production of Documents that had been served upon the defendant, The Whiting-Turner Contracting Company ("Whiting-Turner"). Said Motion to Compel was scheduled for hearing before the Honorable Magistrate Judge Almond on Friday, August 31, 2007 at 11:00 a.m.

NIC hereby withdraws its Motion to Compel as the parties have resolved the underlying discovery dispute in a manner and fashion that is mutually agreeable.

Respectfully submitted,
Attorneys for Plaintiff,
UNITED STATES OF AMERICA for the use
And benefit of NARRAGANSETT
IMPROVEMENT COMPANY, INC.

/s/ Girard R. Visconti
**Visconti & Boren Ltd.**
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302
grv@viscontilaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 30th day of August, 2007 and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**

**Christopher C. Whitney, Esq.**
**cwhitney@lmkbw.com**

**Michael D. Williams, Esq.**
**mwilliams@lmkbw.com**

/s/ Girard R. Visconti
**Visconti & Boren Ltd.**
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302
grv@viscontilaw.com

J:\SHARED\SEC2N\Narragansett Improvement Company\Motion to Withdraw.wpd