UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT IMPROVEMENT COMPANY, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-155T |
| THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Defendants | : | |

**DISMISSAL STIPULATION**

The parties hereby agree and stipulate, by and through their counsel, as follows:

1. Plaintiff hereby dismisses all claims under its Complaint with prejudice, no interest, no costs;

2. Defendants dismiss all claims under their Counterclaim with prejudice, no interest, no costs.

UNITED STATES OF AMERICA for the use and benefit of NARRAGANSETT IMPROVEMENT COMPANY, INC.,
By its attorney,

/s/ Girard R. Visconti

Girard R. Visconti (#0566)
grv@viscontilaw.com
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903
Tel: (401) 331-3800
Fax: (401) 421-9302

THE WHITING-TURNER CONTRACTING COMPANY, ST. PAUL FIRE AND MARINE INS. CO., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
By their attorneys,

/s/ Michael D. Williams

Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

Dated: October 5, 2007